# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC WILLIAMS aka MICHAEL J. COLEMAN, | Case No. 1:15-cv-01026-SKO (PC) |
| Plaintiff, | ORDER ADDRESSING REQUEST FOR CASE STATUS |
| v. | (Doc. 8) |
| DR. HTAY, et al., | |
| Defendants. | |

Plaintiff John Eric Williams, also known as Michael J. Coleman, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2015.  On October 30, 2015, Plaintiff filed a notice regarding the status of his case.

The Court does not provide status reports.  As long as Plaintiff keeps the Court apprised of his current address, he will be served with any orders that are issued.  Plaintiff is directed to review section III of the First Informational Order, filed on July 7, 2015, and his request is deemed addressed.

IT IS SO ORDERED.

Dated: **November 30, 2015**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE