UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>DR. HTAY AND DR. E. CLARK,<br><br>            Defendants. | Case No. 1:15-cv-01026-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME (ECF NO. 15)<br><br>THIRTY DAY DEADLINE |

  Plaintiff John Eric Williams, also known as Michael John Coleman ("Plaintiff"), is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 6, 2015. (ECF No. 1). In Plaintiff's Complaint, Plaintiff claims that he is not receiving a pain medication, specifically Gabapentin.

  Plaintiff's Complaint also states that there are administrative remedies available to him, but that he has not completed the administrative remedies process. (Id. at p. 2). The California prison system provides for three levels of appellate review. Cal. Code Regs. tit. 15, § 3084.1. Plaintiff went through the first and second level of review, but did not appeal to the third level. (Id. at p. 5). The reason Plaintiff filed this lawsuit before appealing to the third level is because Plaintiff was "in pain mentally and physically and spiritually [Plaintiff is] suffering nobody to

turn to but the courts for relief." (Id.).  Therefore, on October 21, 2016, the Court issued an order for Plaintiff to show cause why his case should not be dismissed for failure to exhaust administrative remedies.  (ECF No. 14).

On November 28, 2016, Plaintiff filed a response to the order to show cause.  (ECF No. 15).  Plaintiff states that he has exhausted his administrative remedies, and requests a 30 day extension of time so that he can show the Court that he has exhausted his administrative remedies.

Because it appears that the extension of time is warranted, it is ORDERED that Plaintiff has 30 days from the date of the service of this order to file a second response to the order to show cause.  **Failure to respond will result in dismissal of the case**.

IT IS SO ORDERED.

Dated:   **November 30, 2016**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE